1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEWART NEIL MAYER,<br><br>Debtor, | Case No.:  20-CV-1369 TWR (JLB)<br>Bankruptcy Case No. 17-05922-LA7<br>Adv. Proc. No. 18-90015-LA |
| ROBERT J. HARRINGTON,<br><br>Appellant,<br><br>v.<br><br>STEWART NEIL MAYER,<br><br>Appellee. | **ORDER GRANTING JOINT MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE PENDING APPEAL**<br><br>(ECF No. 23) |

Presently before the Court is the Parties' Joint Motion to Hold Adversary Proceeding in Abeyance Pending Appeal ("Joint Mot.," ECF No. 23).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, the adversary proceeding that is pending in the Bankruptcy Court as *Robert J. Harrington v. Stewart Neil Mayer*, Adversary No. 18-90015-LA (Bankr. S.D. Cal.) (the "Adversary Proceeding"), is **HELD IN ABEYANCE** until final resolution of the last of:  (1) the Notice of Appeal filed in the core proceeding, captioned *In re Stewart Neil Mayer*, No. 17-05922-LA7 (Bankr. S.D. Cal.) (the "Core Proceeding") (Core ECF No. 315); (2) Robert J. Harrington's Motion for Leave to

1

20-CV-1369 TWR (JLB)
Bankruptcy Case No. 17-05922-LA7
Adv. Proc. No. 18-90015-LA

Appeal filed in the Core Proceeding (Core ECF No. 330); (3) Plaintiff's Motion for Leave to Appeal (Adv. ECF No. 131) and the Amended Notice of Appeal (Adv. ECF No. 136) filed in the Adversary Proceeding; or (4) any appeal permitted pursuant to either or both motions, at which point the abeyance **SHALL AUTOMATICALLY TERMINATE**.

      **IT IS SO ORDERED.**

Dated:  November 4, 2020

_____

Honorable Todd W. Robinson
United States District Court

20-CV-1369 TWR (JLB)
Bankruptcy Case No. 17-05922-LA7
Adv. Proc. No. 18-90015-LA